The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2007–2015.  State ex rel. Maynard v. Columbus.**
Franklin App. No. 07AP–8, 2007-Ohio-5345.

# CASE ANNOUNCEMENTS

*February 20, 2008*

[Cite as *02/20/2008 Case Announcements,* 2008-Ohio-565.]

## MERIT DECISIONS WITHOUT OPINIONS

**2007–2227.  State ex rel. Mun. Constr. Equip. Operators' Labor Council v. Cleveland.**
In Mandamus. This cause originated on the filing of a complaint for a writ of mandamus. On S.Ct.Prac. X(5) determination,

It is ordered that based on *State ex rel. Mun. Constr. Equip. Operators' Labor Council v. Cleveland,* 114 Ohio St.3d 183, 2007-Ohio-3831, 870 N.E.2d 1174, and *State ex rel. Internatl. Union of Operating Engineers, Local 18 v. Cleveland* (1992), 62 Ohio St.3d 537, 584 N.E.2d 727, a writ of mandamus is granted to compel respondents to pay the city's construction-equipment operators and master mechanics the difference between the prevailing-wage rates set forth in the Construction Employers Association Building Agreement between the International Union of Operating Engineers, Local 18 and its branches, and the Construction Employers Association, and the lower rates that they have been paid for the period beginning April 11, 2007.

It is further ordered that relators' request for an award of prejudgment interest and relators' motion to strike averments from respondents' answer are denied.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2007–2287.  State ex rel. Wisecup v. Warren.**
In Mandamus. On motions to dismiss of Judge Richard Warren, Anthony J. Miller, and Douglas Degen and relators' motion to remove Judge Richard Warren and Prosecuting Attorney Anthony J. Miller. Motions to dismiss granted. Motion to remove denied. Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, and LANZINGER, JJ., concur.
CUPP, J., not participating.

**2007–2353.  State ex rel. McGee v. Croft.**
In Mandamus. On answer of respondent. On S.Ct.Prac.R. X(5) determination, cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2007–2371.  Eaton v. Smith.**
In Habeas Corpus. On petition for writ of habeas corpus of Todd M. Eaton. Sua sponte, cause dismissed as moot.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, and CUPP, JJ., concur.

**2008–0237.  State ex rel. Robinson v. Carey.**
In Prohibition. On answer of respondent. On S.Ct.Prac.R. X(5) determination, cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.